Jason McDonald, Respondent, v UICC Holding, LLC, Appellant.

Submitted April 18, 2011; decided June 14, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

1091 River Avenue LLC, et al., Appellants, v Platinum Capital Partners, Inc., Respondent.

Decided June 14, 2011

Appeal, insofar as taken from that portion of the Appellate Division order that affirmed so much of Supreme Court's order as dismissed the petition, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved; appeal otherwise dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the remainder of the Appellate Division order does not finally determine the proceeding within the meaning of the Constitution.

R&R Capital LLC et al., Respondents, v Linda Merritt, Appellant. Hogan & Hartson, LLP, Intervenor-Respondent.

Submitted April 11, 2011; decided June 14, 2011

Motion for leave to appeal dismissed upon the ground that

the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.